# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL C. SCHER, | Case No. 2:14-cv-02105-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CITY OF LAS VEGAS, NV; CAROLYN GOODMAN; BRAD JERBIC; CYNTHIA LEUNG; and MATHEW WALKER, | |
| Defendants. | |

I previously granted judgment in the defendants' favor on some claims, but I also granted leave for plaintiff Michael Scher as to some of his claims against defendants Carolyn Goodman, Brad Jerbic, and the City of Las Vegas. ECF No. 48. I directed Scher to file an amended complaint within 30 days of that order if sufficient facts existed for him to do so. *Id.* at 8. I advised Scher that "[f]ailure to file an amended complaint within 30 days will result in this case being closed." *Id.* Scher did not file an amended complaint.

IT IS THEREFORE ORDERED that the clerk of court shall enter Judgment in favor of the defendants and against plaintiff Michael Scher and close this case.

DATED this 10th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE